# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CADY, on behalf of himself and a class, | ) ) ) | 08-cv-1901 |
| Plaintiffs, | ) ) ) | Judge Zagel<br>Magistrate Judge Denlow |
| vs. | ) ) | |
| CODILIS & ASSOCIATES, P.C., | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**To:**     **(See attached service list.)**

      **PLEASE TAKE NOTICE** that on Tuesday, May 13, 2008 at 10:15a.m., we will appear before Judge Zagel in Room 2503 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                                s/ Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on May 7, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via hand delivery on the following individuals:

**Codilis & Associates, P.C.**
c/o Michael H. Lurie, Registered Agent
30 N. LaSalle St., Suite 2040
Chicago, IL 60602

                              s/ Daniel A. Edelman
                              Daniel A. Edelman