# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| David Cady, on behalf of himself and a class,   ) | |
| ) | |
| Plaintiff,   ) | **Case No.: 08 C 1901** |
| ) | |
| v.   ) | **Judge Zagel** |
| ) | |
| Codilis & Associates, P.C.,   ) | |
| ) | |
| Defendant.   ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Codilis & Associates, P.C.**

| |
|---|
| SIGNATURE  s/Justin M. Penn |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06283726 | TELEPHONE NUMBER<br>(312) 704-3157 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 27, 2008, I electronically filed **Defendant's Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                 By:    s/Justin M. Penn
                                              Justin M. Penn
                                              Attorney Bar No. 06283726
                                              HINSHAW & CULBERTSON
                                              222 N. LaSalle Street, Ste 300
                                              Chicago, IL 60601
                                              (312) 704-3000
                                              jpenn@hinshawlaw.com

6322877v1 887580