IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David Cady, on behalf of himself and a class, ) | |
| Plaintiff, ) | **Case No.: 08 C 1901** |
| v. ) | |
| ) | **Judge Zagel** |
| Codilis & Associates, P.C., ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:  Mr. Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

PLEASE TAKE NOTICE that on **June 5, 2008** at **10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Zagel in Room 2503 of the United States District Court for the Northern District of Illinois Eastern Division, 219 South Dearborn, Chicago, Illinois and then and there present Defendant's **MOTION FOR ENLARGMENT OF TIME**, a copy of which is attached hereto and hereby served upon you.

**Respectfully submitted by,**

By: s/Justin M. Penn
       One of its Attorneys

David M. Schultz
Justin M. Penn
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312)704-3000
jpenn@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the above **Motion for Enlargement of Time,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: ____s/Justin M. Penn_____
Justin M. Penn
Attorney Bar No. 06283726
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000
jpenn@hinshawlaw.com